1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10

11                                  )    NO.  C 07 5523 MHP
   NORTHWEST ADMINISTRATORS, INC.   )
12                                  )    EX PARTE APPLICATION FOR
                        Plaintiff,  )    ORDER  TO  CONTINUE  CASE
13                                  )    MANAGEMENT CONFERENCE
            vs.                      )
14                                  )
                                    )
15 R.E. SERRANO, INC., a California  )
   corporation                      )
16                                  )
                                    )
17                      Defendant.   )
18 _____  )

19        Plaintiff, NORTHWEST ADMINISTRATORS, INC., hereby applies

20 ex parte for an order to continue the Case Management Conference from

21 February 11, 2008 to May 12, 2008.

22        This ex parte application is based upon the Declaration of

23 Attorney Michael J. Carroll filed herewith.

24        Dated:  February 5, 2008

25                           Respectfully submitted,

26                           ERSKINE & TULLEY

27                           By:/s/ Michael J. Carroll
                                Michael J. Carroll
28                              Attorneys for Plaintiff