```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) | NO.  C 07 5523 MHP |
| ) | |
| Plaintiff, ) | DECLARATION OF ATTORNEY |
| ) | MICHAEL J. CARROLL IN |
| vs. ) | SUPPORT OF PLAINTIFF'S |
| ) | EX PARTE APPLICATION FOR |
| R.E. SERRANO, INC., a California ) | ORDER TO CONTINUE CASE |
| corporation ) | MANAGEMENT CONFERENCE |
| ) | |
| Defendant. ) | |
| _____ ) | |

I, MICHAEL J. CARROLL, certify:

1.  I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, NORTHWEST ADMINISTRATORS, INC., in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

2.  Service was accomplished upon the only party in this case on November 26, 2007. No responsive pleading has been filed, although defendant has retained counsel.

3.  The parties are engaged in settlement discussions which are still in progress.

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                              1

4. It is requested that the Court continue the Case Management Conference some ninety days hence because we are trying to settle the case.

5. Good cause exists to grant plaintiff's request for a continuance of the Case Management Conference currently set for February 11, 2008 to May 12, 2008 to allow the parties time to settle this case and to avoid any unnecessary burden to the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 5, 2008 at San Francisco, California.

/s/ Michael J. Carroll
Michael J. Carroll

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                2

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On February 5, 2008 I served the within **DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

```
William H. McInerney, Jr.
McInerney & Dillon
1999 Harrison Street, Suite 1700
Oakland, CA 94612-4700
```

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2008 at San Francisco, California.

                                         /s/ Sharon Eastman
                                         Sharon Eastman