1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 NORTHWEST ADMINISTRATORS, INC.,    )    NO.  C 07 5523 MHP
                                      )
12                                    )    ORDER TO CONTINUE CASE
                          Plaintiffs, )    MANAGEMENT CONFERENCE
13                                    )
              vs.                     )
14                                    )
   R.E. SERRANO, INC., a California   )
15 corporation,                       )
                                      )
16                                    )
                          Defendant.  )
17 _____)

18         IT IS ORDERED that the Case Management Conference in this

19 case set for February 11, 2008 be continued to May 12, 2008 at 4:00

20 p.m. in Courtroom 15, 18th Floor, San Francisco, CA.

21 Dated:_____         _____
                                    Honorable Marilyn H. Patel
22

23

24

25

26

27

28


   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE