1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 NORTHWEST ADMINISTRATORS, INC.,   )   NO.  C 07 5523 MHP
                                     )
12                                   )   ORDER TO CONTINUE CASE
                       Plaintiffs,   )   MANAGEMENT CONFERENCE
13                                   )
           vs.                       )
14                                   )
   R.E. SERRANO, INC., a California  )
15 corporation,                      )
                                     )
16                                   )
                       Defendant.    )
17 _____)

18      IT IS ORDERED that the Case Management Conference in this

19 case set for February 11, 2008 be continued to May 12, 2008 at 4:00

20 p.m. in Courtroom 15, 18th Floor, San Francisco, CA.

21 Dated: 2/6/2008                    _____
                                      Honorable Marilyn H. Patel
22

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE