ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> plaintiffs, <br> vs. <br> R.E. SERRANO, INC., a California corporation <br><br> Defendants. | NO.  C 07 5523 MHP <br><br> PLAINTIFFS CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE <br><br> CASE MANAGEMENT CONFERENCE <br> DATE: 5/12/08 <br> TIME: 4:00 p.m. |

Plaintiffs report the status of this case as follows:

The terms of a Stipulation for Judgment have been agreed upon in principle today, however defendant needs to produce two additional monthly reports, so the total sum due will be known.

Plaintiffs counsel is leaving on a planed trip tomorrow and not returning until May 8, 2008.

We request an additional extension of time of 30 days to draft and sign the Stipulation.

DATED: April 23, 2008                Respectfully submitted,

                                     ERSKINE & TULLEY
                                     A PROFESSIONAL CORPORATION

                                     By: _____
                                         Michael J. Carroll
                                         Attorneys for Plaintiff

PLAINTIFFS CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE
1

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On April 23, 2008 I served the within PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

William McInerney
McInerney & Dillon
1999 Harrison Street, Suite 1700
Oakland, CA 94612-4700

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2008 at San Francisco, CA.

Sharon Eastman

PLAINTIFFS CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE
2