1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiff
5

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  NORTHWEST ADMINISTRATORS, INC.   )    NO. C 07 5523 MHP
                                     )
12                                   )
                       Plaintiff,    )
13                                   )    ORDER TO CONTINUE CASE
            vs.                      )    MANAGEMENT CONFERENCE
14                                   )
    R.E. SERRANO, INC., a California )
15  corporation                      )
                                     )
16                     Defendant.    )
                                     )
17  _____)

18          IT IS ORDERED that the Case Management Conference in this

19  case originally set for May 12, 2008 continued to June 16, 2008 at

20  4:00 p.m. in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San

21  Francisco, CA.

22  Dated:_____        _____
                                     Honorable Marilyn H. Patel
23

24

25

26

27

28

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE        1