1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

                 UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA


NORTHWEST ADMINISTRATORS, INC.    )    NO. C 07 5523 MHP
                                  )
                                  )
              Plaintiff,          )
                                  )    ORDER TO CONTINUE CASE
         vs.                      )    MANAGEMENT CONFERENCE
                                  )
R.E. SERRANO, INC., a California  )
corporation                       )
                                  )
              Defendant.          )
_____)

         IT IS ORDERED that the Case Management Conference in this case originally set for May 12, 2008 continued to June 16, 2008 at 4:00 p.m. in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: 4/23/2008          _____
                          Honorable Marilyn H. Patel

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          1