ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br><br> vs. <br><br> R. E. SERRANO, INC., a California corporation <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | NO.  C 07 5523 MHP <br><br> PLAINTIFF'S CASE <br> MANAGEMENT STATEMENT <br> DATE: JUNE 16, 2008 <br> TIME: 4:00 P.m. |

Plaintiff reports the status of this case as follows:

A tentative settlement has been reached in this case which requires a Stipulation for Judgment, which has been prepared and submitted to defendant's counsel.

The parties expect to resolve this paperwork before next week's conference.

DATED: June 10, 2008                    Respectfully submitted,

                                        ERSKINE & TULLEY
                                        A PROFESSIONAL CORPORATION


                                        By: _____
                                        Michael J. Carroll
                                        Attorneys for Plaintiff

PLAINTIFF'S CASE MANAGEMENT STATEMENT                    1

1

## PROOF OF SERVICE BY MAIL

2  I am a citizen of the United States and employed in the City and

3  County of San Francisco, California.  I am over the age of eighteen

4  years and not a party to the within above entitled action; my business

5  address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104.

6  On June 10, 2008 I served the within PLAINTIFF'S CASE MANAGEMENT

7  CONFERENCE STATEMENT on the defendant in said action, by placing a

8  true copy thereof enclosed in a sealed envelope with postage thereon

9  fully prepaid, in the United States post office mail box at San

10 Francisco, CA, addressed as follows:

11 William McInerney
   McInerney & Dillon
12 1999 Harrison Street, Suite 1700
   Oakland, CA 94612-4700

13

14 I, SHARON EASTMAN, certify (or declare), under penalty of perjury that

15 the foregoing is true and correct.

16 Executed on June 10, 2008 at San Francisco, CA.

17

18                                    Sharon Eastman

19

20

21

22

23

24

25

26

27

28