```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> R.E. SERRANO, INC., etc. <br><br> Defendant. | NO. C 07 5523 MHP <br><br> DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF AMENDED ORDER OF DISMISSAL |

I Michael J. Carroll declare,

I am one of the attorneys for plaintiffs in this action.

The parties are filing a Stipulation for Judgment which settles this case. It calls for sixteen monthly installment payments. The Court filed a Conditional 90 day dismissal on June 11, 2008, without knowledge of the settlement terms.

I certify that the defendants will not complete settlement of this case within the 90 days required by the conditional dismissal now on file.

Plaintiffs respectfully request that the Amended Order of Dismissal submitted herewith be entered by the Court, so the time

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF AMENDED ORDER OF DISMISSAL   1

1  period matches the defendant's payment plan.
2       I declare under penalty of perjury that the foregoing is
3  true and correct to the best of my knowledge.
4       Executed on June 12, 2008 at San Francisco, California.

                                    _____
                                    Michael J. Carroll

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On June 12, 2008 I served the within DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF AMENDED ORDER OF DISMISSAL AND PROPOSED AMENDED ORDER OF DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

William McInerney
McInerney & Dillon
1999 Harrison Street, Suite 1700
Oakland, CA 94612-4700

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2008 at San Francisco, CA.

Sharon Eastman