1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA 94104
   Telephone: (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | NORTHWEST ADMINISTRATORS, INC.,)    No. C 07 5523 MHP
13 |                Plaintiff,          )
                                         )    STIPULATION FOR JUDGMENT
14 |         vs.                        )
                                         )
15 | R. E. SERRANO, INC, etc.,          )
                                         )
16 |                Defendant.          )
                                         )
17

18         IT IS HEREBY STIPULATED and agreed by and between plaintiff,
19  NORTHWEST ADMINISTRATORS, INC., the administrators of the Western
20  Conference of Teamsters Pension Trust Fund, and defendant, R. E. SERRANO, INC.,
21  a California corporation, through their attorneys that plaintiff have and recover judgment
22  from defendant in the amount of $ 16,515.48, which amount is composed of the
23  following:
24         1. Contributions for the period July 2007 through September 2007 and
25  February 2008 through April 2008 in the amount of $12,056.46.
26         2. Liquidated damages due and unpaid to the Western Conference of
27  Teamsters Pension Trust Fund for the months of June 2007 through April 2008 on
28  Pension Account Number 315606 in the total amount of $ 3,344.10;

STIPULATION FOR JUDGMENT
1

   3. Interest due pursuant to contract in the amount of $614.92;

   4. Costs of suit incurred in this action in the amount of $500.00.

  IT IS FURTHER STIPULATED and agreed by the parties hereto that judgment will not be entered and execution will not issue on the judgment so long as defendant fully complies with the following conditions:

   1. Defendant shall pay the amount of the judgment in sixteen (16) equal monthly installments of $1,000.00, commencing on July 10, 2008 and continuing on the tenth (10th) day of each of the sixteen (16) months and the final payment of $515.48 thereafter until the full amount of the judgment is paid. Each of said payments will be made by check payable to the Western Conference of Teamsters Pension Trust Fund and should be sent to ERSKINE & TULLEY, 220 Montgomery Street, Suite 303, San Francisco, CA 94104, attention Sharon Eastman.

   2. Defendant shall pay current pension contributions on time while installment payments are being made, for any periods in which defendant has covered employees.

  IT IS FURTHER STIPULATED and agreed by the parties hereto that upon the failure of defendant to make any of the payments in a timely manner as required above, judgment will be entered only after 10 days written notice to defendant and defendants counsel of a default in payments. If the default is not cured plaintiffs attorney may file a declaration by plaintiff or by plaintiff's attorneys stating that a default has occurred on the part of defendant. Defendant waives notice of any hearing held by the court upon the earlier execution on this judgment or plaintiff's declaration.

////
////
////
////
////
////

06/11/2008 16:49 FAX 510 465 8556    MCINERNEY/DILLON                    ☒004
01/07/2002 Case 3:07-cv-05523-MHP    Document 14    Filed 06/30/2008    Page 3 of 3  PAGE 04

1  IN WITNESS WHEREOF, plaintiff's and defendant have executed this
2  Stipulation for Judgment.
3  Dated: June 11, 2008          ERSKINE & TULLEY
4                                By: [signature]
5                                Michael J. Carroll
6                                Attorneys for Plaintiff
7  Dated: 6-11, 2008             McINERNEY & DILLON
8                                By: [signature]
9                                William McInerney
                                  Attorney for Defendant
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR JUDGMENT
3