1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) | No. C 07 5523 MHP |
| Plaintiff, ) | |
| ) | JUDGMENT PURSUANT TO STIPULATION |
| vs. ) | |
| R. E. SERRANO, INC, etc., ) | |
| Defendant. ) | |

It appearing that Plaintiff NORTHWEST ADMINISTRATORS, INC., through it's attorney, and defendant, R. E. SERRANO, INC., a California corporation, have entered into a stipulation which provides for judgment against defendant in the amount of $16,515.48,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff NORTHWEST ADMINISTRATORS, INC., have and recover judgment against R. E. SERRANO, INC., a California corporation, in the amount of $16,515.48, which amount is composed of the following:

   1.  Contributions for the period July 2007 through September 2007 and February 2008 through April 2008 in the amount of $12,056.46.

   2.  Liquidated damages due and unpaid to the Western Conference of Teamsters Pension Trust Fund for the months of June 2007 through April 2008 on

Pension Account Number 315606 in the total amount of $ 3,344.10;

        3. Interest due pursuant to contract in the amount of $614.92;

        4. Costs of suit incurred in this action in the amount of $500.00.

IT IS FURTHER ORDERED AND ADJUDGED that judgment will not be entered and execution will not issue on the judgment so long as defendant fully complies with the following conditions:

        1. Defendant shall pay the amount of the judgment in sixteen (16) equal monthly installments of $1,000.00, commencing on July 10, 2008 and continuing on the tenth (10th) day of each of the sixteen (16) months and the final payment of $515.48 thereafter until the full amount of the judgment is paid. Each of said payments will be made by check payable to the Western Conference of Teamsters Pension Trust Fund and should be sent to ERSKINE & TULLEY, 220 Montgomery Street, Suite 303, San Francisco, CA 94104, attention Sharon Eastman.

        2. Defendant shall pay current pension contributions on time while installment payments are being made, for any periods in which defendant has covered employees.

IT IS FURTHER ORDERED AND ADJUDGED that upon the failure of defendant to make any of the payments in a timely manner as required above, judgment will be entered only after 10 days written notice to defendant and defendants counsel of a default in payments. If the default is not cured plaintiffs attorney may file a declaration by plaintiff or by plaintiff's attorneys stating that a default has occurred on the part of defendant. Defendant waives notice of any hearing held by the court upon the earlier execution on this judgment or plaintiff's declaration.

Dated: June 3, 2008

IT IS SO ORDERED

_____
Honorable Marilyn H. Patel
Judge Marilyn H. Patel

JUDGMENT PURSUANT TO STIPULATION

2